Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Debtors

# United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

| | |
|---|---|
| In re:<br>Charles Phillip Miller, Jr. and Mergie Taroy Miller,<br><br>Debtors. | Case No. 25-42286-mxm7<br>Chapter 7 |

### CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' AMENDED MOTION TO REOPEN CASE

On December 24, 2025, I filed and served the *Debtors' Amended Motion to Reopen Case to File Adversary Proceeding to Determine Dischargeability of Student Loan Debt* [Dkt. 20] A response to the Motion was due on Wednesday, January 14, 2026. As of the date of this certificate, no party in interest has filed a response or advised me of any opposition to the relief sought in the Motion.

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
Counsel for Debtor

### CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2026, a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system.

By: /s/ Clayton L. Everett
Clayton L. Everett