

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 16, 2026**

United States Bankruptcy Judge

---

## United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>Charles Phillip Miller, Jr. and Mergie Taroy Miller,<br><br>Debtors. | Case No. 25-42286-mxm7<br><br>Chapter 7 |

### ORDER GRANTING DEBTORS' AMENDED MOTION TO REOPEN CASE

CAME ON FOR CONSIDERATION the Debtors' Amended Motion to Reopen Case to File Adversary Proceeding to Determine Dischargeability of Student Loan Debt (the "Motion") [Dkt. 20], filed by Charles Phillip Miller, Jr. and Mergie Taroy (the "Debtors").

The Court, having reviewed the Motion and the Certificate of No Objection filed in support thereof, and finding that no objections were timely filed and that good cause exists pursuant to 11 U.S.C. § 350(b), is of the opinion that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that the Motion is GRANTED; and it is further

24-22722-mxm13, Order Granting Debtor's Objection to Claim No. 7

**IT IS FURTHER ORDERED** that the above-captioned bankruptcy case is REOPENED

for the limited purpose of allowing the Debtors to file an adversary proceeding to determine the

dischargeability of student loan debt.

**IT IS FURTHER ORDERED** that the reopening fee is WAIVED pursuant to 28 U.S.C.

§ 1930(f).

IT IS SO ORDERED.

### # # # END OF ORDER # # #

Submitted by:

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtors

United States Bankruptcy Court

Northern District of Texas

In re:                                                                                     Case No. 25-42286-mxm

Charles Phillip Miller, Jr                                                    Chapter 7

Mergie Taroy Miller

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 16, 2026 | Form ID: pdf013 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles Phillip Miller, Jr, Mergie Taroy Miller, 695 Addison Road, Lipan, TX 76462-4778 |
| 22658508 | + | Advanced Respiratory, Inc, P.O. Box 776462, Chicago, IL 60677-6462 |
| 22658510 | + | Aspire/Higher Education Services, 1250 E Copeland Road, Arlington, TX 76011-1345 |
| 22658515 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 22658521 | | Citicorp/Tractor Supply CBNA, Centralized Bankruptcy, PO Box 790040 PO Box 790040, St Louis, MO 63179-0040 |
| 22658527 | + | Northstar, P.O. Box 226268, Dallas, TX 75222-6268 |
| 22658529 | + | Rick Barnes-Tax Assessor, 100 E. Weatherford Street, Fort Worth, TX 76196-0206 |
| 22658536 | | U.S. Attorney-North, 3rd. Floor, 1100 Commerce St., Dallas, TX 75242 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@connexuscu.org | Jan 16 2026 21:48:00 | Connexus Credit Union, P.O. Box 8026, Wausau, WI 54402-8026, UNITED STATES 54402-8026 |
| 22658509 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 16 2026 21:55:16 | Amazon/Chase, PO Box 6294, Carol Stream, IL 60197-6294 |
| 22658512 | ^ | MEBN | Jan 16 2026 21:40:42 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 22658513 | | Email/Text: billingquestions@bswhealth.org | Jan 16 2026 21:41:00 | Baylor Scott & White Health, P.O. Box 843038, Dallas, TX 75284 |
| 22658514 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 21:55:11 | Best Buy, P.O. Box 78009, Phoenix, AZ 85082 |
| 22658516 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2026 21:54:56 | Cabela'S Club Visa, PO Box 82608, Lincoln, NE 68501-2608 |
| 22658517 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 16 2026 21:55:15 | Chase, Po Box 1423, Charlotte, NC 28201-1423 |
| 22658518 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 16 2026 21:55:15 | Chase - Consumer Credit Cards, PO Box 6294, Carol Stream, IL 60197-6294 |
| 22658519 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 21:55:02 | Citibank/Costco, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 22658520 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 21:55:02 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, S Louis, MO 63179-0040 |
| 22658522 | | Email/Text: bankruptcy@connexuscu.org | Jan 16 2026 21:48:00 | Connexus Credit Union, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026 |
| 22658523 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 16 2026 21:41:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 22658524 | + | Email/Text: dallas.bankruptcy@LGBS.com | | |

District/off: 0539-4                        User: admin                                    Page 2 of 3
Date Rcvd: Jan 16, 2026                     Form ID: pdf013                                 Total Noticed: 30

|  |  |  | Jan 16 2026 21:48:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 22658525 | + | Email/Text: dallas.bankruptcy@LGBS.com |  |  |
|  |  |  | Jan 16 2026 21:48:00 | LGBS-Dallas, 2777 N Stemmons Fwy Suite 1000, Dallas, TX 75207-2328 |
| 22658528 | + | Email/Text: emccain@pbfcm.com |  |  |
|  |  |  | Jan 16 2026 21:41:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 22658531 | + | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |
|  |  |  | Jan 16 2026 21:54:55 | Syncb/Lowes, P.O. Box 669807, Dallas, TX 75266-0759 |
| 22658530 |  | Email/Text: pacer@cpa.state.tx.us |  |  |
|  |  |  | Jan 16 2026 21:48:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 22658532 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov |  |  |
|  |  |  | Jan 16 2026 21:41:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 22658533 | + | Email/Text: bankruptcyclerk@tabc.texas.gov |  |  |
|  |  |  | Jan 16 2026 21:48:00 | Texas Alcoholic Bev. Comm., Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 22658534 | + | Email/Text: bcd@oag.texas.gov |  |  |
|  |  |  | Jan 16 2026 21:41:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 22658535 | + | Email/Text: collections.pacer@twc.texas.gov |  |  |
|  |  |  | Jan 16 2026 21:48:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 22658537 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov |  |  |
|  |  |  | Jan 16 2026 21:48:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 22658511 | *+ | Aspire/Higher Education Services, 1250 E Copeland Road, Arlington, TX 76011-1345 |
| 22658526 | *+ | Mergie Taroy Miller, 695 Addison Road, Lipan, TX 76462-4778 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2026                   Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:

**Name**                          **Email Address**

Behrooz P. Vida
                                  behrooz@vidatrustee.com  bpv@trustesolutions.net;tracy@vidatrustee.com

District/off: 0539-4                                    User: admin                                    Page 3 of 3
Date Rcvd: Jan 16, 2026                          Form ID: pdf013                          Total Noticed: 30

Clayton Everett
on behalf of Debtor Charles Phillip Miller  Jr clayton@norredlaw.com,
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Clayton Everett
on behalf of Joint Debtor Mergie Taroy Miller clayton@norredlaw.com
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Warren V. Norred
on behalf of Joint Debtor Mergie Taroy Miller warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Warren V. Norred
on behalf of Debtor Charles Phillip Miller  Jr warren@norredlaw.com,
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com


TOTAL: 6