

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 20, 2026**

**United States Bankruptcy Judge**

_____

# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>Charles Phillip Miller, Jr. and Mergie Taroy Miller,<br><br>Debtors. | Case No. 25-42286-mxm7<br><br>Chapter 7 |

### AMENDED ORDER GRANTING DEBTORS' AMENDED
### MOTION TO REOPEN CASE

CAME ON FOR CONSIDERATION the Debtors' Amended Motion to Reopen Case to File Adversary Proceeding to Determine Dischargeability of Student Loan Debt (the "Motion") [Dkt. 20], filed by Charles Phillip Miller, Jr. and Mergie Taroy (the "Debtors").

The Court, having reviewed the Motion and the Certificate of No Objection filed in support thereof, and finding that no objections were timely filed and that good cause exists pursuant to 11 U.S.C. § 350(b), is of the opinion that the Motion should be GRANTED.

25-42286-mxm7, Amended Order Granting Debtors' Amended Motion to Reopen

**IT IS THEREFORE ORDERED** that the Motion is GRANTED; and it is further

**IT IS FURTHER ORDERED** that the above-captioned bankruptcy case is REOPENED for the limited purpose of allowing the Debtors to file an adversary proceeding to determine the dischargeability of student loan debt.

**IT IS FURTHER ORDERED** that the reopening fee is NOT WAIVED.

IT IS SO ORDERED.

# # # END OF ORDER # # #


Submitted by:

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtors