

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed January 20, 2026

United States Bankruptcy Judge

---

## United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>Charles Phillip Miller, Jr. and Mergie Taroy Miller,<br><br>Debtors. | Case No. 25-42286-mxm7<br><br>Chapter 7 |

### AMENDED ORDER GRANTING DEBTORS' AMENDED
### MOTION TO REOPEN CASE

CAME ON FOR CONSIDERATION the Debtors' Amended Motion to Reopen Case to File Adversary Proceeding to Determine Dischargeability of Student Loan Debt (the "Motion") [Dkt. 20], filed by Charles Phillip Miller, Jr. and Mergie Taroy (the "Debtors").

The Court, having reviewed the Motion and the Certificate of No Objection filed in support thereof, and finding that no objections were timely filed and that good cause exists pursuant to 11 U.S.C. § 350(b), is of the opinion that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that the Motion is GRANTED; and it is further

**IT IS FURTHER ORDERED** that the above-captioned bankruptcy case is REOPENED for the limited purpose of allowing the Debtors to file an adversary proceeding to determine the dischargeability of student loan debt.

**IT IS FURTHER ORDERED** that the reopening fee is NOT WAIVED.

IT IS SO ORDERED.

# # # END OF ORDER # # #

Submitted by:

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtors

United States Bankruptcy Court

Northern District of Texas

In re:  
Charles Phillip Miller, Jr  
Mergie Taroy Miller  
    Debtors

Case No. 25-42286-mxm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-4      User: admin      Page 1 of 2  
Date Rcvd: Jan 20, 2026      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

Recip ID      Recipient Name and Address  
db/jdb      + Charles Phillip Miller, Jr, Mergie Taroy Miller, 695 Addison Road, Lipan, TX 76462-4778

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:

**Name**      **Email Address**

Behrooz P. Vida  
     behrooz@vidatrustee.com  bpv@trustesolutions.net;tracy@vidatrustee.com

Clayton Everett  
     on behalf of Debtor Charles Phillip Miller  Jr clayton@norredlaw.com, clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Clayton Everett  
     on behalf of Joint Debtor Mergie Taroy Miller clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Clayton Everett  
     on behalf of Plaintiff Mergie Taroy Miller clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.

| District/off: 0539-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 20, 2026 | Form ID: pdf012 | Total Noticed: 1 |

    com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

United States Trustee

    ustpregion06.da.ecf@usdoj.gov

Warren V. Norred

    on behalf of Joint Debtor Mergie Taroy Miller warren@norredlaw.com
    anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Warren V. Norred

    on behalf of Debtor Charles Phillip Miller  Jr warren@norredlaw.com,
    anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

TOTAL: 7