Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Debtors

# United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

| In re: | Case No. 25-42286-mxm7 |
|---|---|
| Charles Phillip Miller, Jr. and Mergie Taroy Miller, | |
| | Chapter 7 |
| Debtors. | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Order of Discharge*

[ECF 15] was served on March 20, 2026, via First-Class Mail to Aspire Resources Inc. at the

following address:

Aspire Resources Inc.
6805 Vista Drive
West Des Moines, IA 50266

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtor